UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **NELCINA MOORE, ET AL.** | **CIVIL ACTION NO. 16-1477** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SPIRIT COMMERCIAL AUTO RISK RETENTION GROUP, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 29], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss for Failure to Comply with Discovery Order [Doc. No. 27] filed by Defendants Spirit Commercial RR Group and Eduard Sirbu is GRANTED, and Plaintiffs' Complaint [Doc. No. 1-2] is DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA this 22nd day of September, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE